George BASARA, Michael, Finucane, Robert French, Dale McGough, Larry Moffett, John Neal, Ronald Palmer, George Patrick, James Rupert, Edward Southwell, Val Voumard, and Victor Wennerstrom. Petitioners,

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 02–3161.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2002.

Before RADER, SCHALL, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.